[Nos. 32084-7-III; 32089-8-III.   Division Three.   April 23, 2015.]

*In the Matter of the Parental Rights to* A.K.J.M.W.

Appeals from a judgment of the Superior Court for Yakima County, No. 12-7-00380-4, Richard H. Bartheld, J., entered October 28, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 70204-1-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY HOWARD BRANDT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04363-5, Sean Patrick O'Donnell, J., entered March 26, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 70719-1-I.   Division One.   April 27, 2015.]

JOHN JOHNSTON ET AL., *Respondents*, v. PETE TORKILD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-2-01137-2, Charles R. Snyder, J., entered July 2, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ.

[No. 70811-2-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CU VAN TRUONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08551-8, Catherine D. Shaffer, J., entered August 23, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Becker, J.